COM.

v.

HERSHBERGER, J.

1281 WDA 2015

Superior Court of Pennsylvania.

06/28/2017

CP–11–CR–0001254–2014, CP–11–CR–0001256–2014, CP–11–CR–0001257–2014 (Cambria)

Vacated/Remanded

■

COM.

v.

COLON–CRUZ, D.

439 WDA 2016

Superior Court of Pennsylvania.

06/28/2017

CP–25–CR–0002778–2015 (Erie)

Quashed

■

COM.

v.

HAYNES, G.

1156 WDA 2016

Superior Court of Pennsylvania.

06/28/2017

CP–02–CR–0014609–2004 (Allegheny)

Affirmed

■

COM.

v.

KAROLSKI, C.

1250 WDA 2016

Superior Court of Pennsylvania.

6/28/2017

CP–04–CR–0000762–2015 (Beaver)

Affirmed